**No. 39035.**—Protest 233065–G of F. L. Kramer & Co. (New York).

Opinion by TILSON, J. From the record it was found that certain articles are in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39036.**—Protests 222167–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain articles are in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39037.**—Protest 212313–G of S. H. Pomerance Co. (New York).

Opinion by TILSON, J. From the record it was found that certain articles are in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

BEFORE THE THIRD DIVISION, JULY 20, 1938

**No. 39038.**—Protest 836114–G of John V. Carr & Son (Detroit).

Opinion by KEEFE, J. It was held that the automobile here in question not having been imported by or for the account of the exporter thereof is not entitled to free entry as American goods returned, nor admissible free of duty as a non-importation. *Alberts Motor Co.* v. *United States* (T. D. 43072), Abstracts 10677 and 18311, and *Eastman Kodak Co.* v. *United States* (G. A. 8831, T. D. 40309) cited. *Snow* v. *United States* (T. D. 46772) distinguished.

**No. 39039.**—Protest 684913–G of W. X. Huber Co. (Los Angeles).

Opinion by KEEFE, J. On the authority of *Woolworth* v. *United States* (T. D. 47647) and Abstract 34216 the merchandise in question was held free of duty under paragraph 1703 as claimed.

**No. 39040.**—Protests 552115–G, etc., of Furst-McNess Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of palmyra fiber the same as that passed upon in *American Push Broom & Brush Co.* v. *United States* (25 C. C. P. A. 248, T. D. 49391). The claim for free entry under paragraph 1684 was therefore sustained.